IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Amanda Ramirez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 C 50181 |
| | ) | |
| vs. | ) | |
| | ) | |
| Aerotek, et al., | ) | Judge Philip G. Reinhard |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff to appear on July 6, 2017 at 9:00 a.m. on her request to proceed in forma pauperis and other matters. Failure to appear will result in dismissal of this case.

Date: 6/26/2017                                             ENTER:

_____
United States District Court Judge

Notices mailed by Judicial Staff.   (LC)